DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

AARON EVANS,

Appellant,

v.

REBEKAH EVANS,

Appellee.

No. 2D23-2171

_____

March 27, 2024

Appeal from the Circuit Court for Hillsborough County; Cynthia S. Oster, Judge.

Stanford R. Solomon and Laura H. Howard of The Solomon Law Group, P.A., Tampa, for Appellant.

Ama N. Appiah of Law Office of Ama N. Appiah, P.A., St. Petersburg, for Appellee.


PER CURIAM.

Affirmed.

VILLANTI, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.